[Nos. 16792-1-II; 16793-0-II.   Division Two.   November 21, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANCISCO MALDONADO-SANCHEZ, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. PABLO GARCIA-GUTIERREZ, *Appellant*.

Appeals from judgments of the Superior Court for Cowlitz County, Nos. 92-1-00339-0, 92-1-00340-3, Milton R. Cox, J., entered December 17, 1992. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan, C.J., and Seinfeld, J.

[No. 17775-7-II.   Division Two.   November 22, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT JONES MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 93-1-00495-5, Don L. McCulloch, J., entered November 24, 1993. *Vacated* and *remanded* by unpublished per curiam opinion.

[No. 12410-0-III.   Division Three.   November 22, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL A. WELTON, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 91-1-00383-7, Michael W. Leavitt, J., entered April 17, 1992. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Thompson, C.J., and Schultheis, J.